# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS NASWOOD,<br><br>　　　　　　Plaintiff,<br>　　　vs.<br>TERESER A. BANKS, Warden, et al.,<br><br>　　　　　　Defendants. | Case No. EDCV 09-1675-SVW (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that defendants' Motion to Dismiss for failure to exhaust administrative remedies is denied; that defendants' Motion to Dismiss for failure to comply with Fed. R. Civ. P. 8 and Fed. R. Civ. P. 12(b)(6) is granted in part and denied in part with leave to amend; and if plaintiff still desires to pursue any of the claims that have been dismissed with leave to amend, he is ordered to file a Third

Amended Complaint remedying the deficiencies discussed in the Report and Recommendation within thirty (30) days of the date of this Order.

If plaintiff does not file a Third Amended Complaint within the allocated time, the Court will thereafter order defendants to file an Answer to the SAC.

If plaintiff chooses to file a Third Amended Complaint, it should bear the docket number assigned in this case; be labeled "Third Amended Complaint"; and be complete in and of itself without reference to the original Complaint, the FAC, the SAC, or any other pleading, attachment, or document.

DATED: July 2, 2014

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE